# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUIS VILLANUEVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| vs. ) | No. 1:15-cv-03624-WSD |
| ) | |
| H2S HOLDINGS, LLC; HERE TO ) | |
| SERVE RESTAURANTS, INC.; ) | |
| OASIS OUTSOURCING, INC.; ) | |
| LEIGH CATHERALL; and ) | |
| THOMAS CATHERALL, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Luis Villanueva files this voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 10th day of November, 2015,

                                               HALL & LAMPROS, LLP

                                               /s/ Christopher B. Hall
                                               Christopher B. Hall
                                               Ga. Bar #318380
                                               Andrew Lampros
                                               Ga. Bar #432328
                                               1230 Peachtree St. NE
                                               Suite 950
                                               Atlanta, GA 30309
                                               Tel.: (404) 876-8100
                                               Fax: (404) 876-3477

chall@hallandlampros.com
alampros@hallandlampros.com

**THE GARDNER FIRM, P.C.**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
Post Office Drawer 3103
Mobile, AL  36602
P: (251) 433-8100
F: (251) 433-8181

*Attorneys for Plaintiffs*

Counsel for Plaintiff certifies that this document is in 14 point Times New Roman Font in compliance with the Local Rules of the Northern District of Georgia.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2015, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of Court using the CM/ECF which will automatically send e-mail notification of such filing to the attorneys of record.  I also emailed and mailed the foregoing Notice to the following counsel, who I believe represents parties but who have not made an appearance in the case:

| | |
|---|---|
| David R. Kresser<br>Ted Boehm<br>Fisher & Phillips, LLP<br>1075 Peachtree Street, NE<br>Suite 3500<br>Atlanta, GA 30309<br><br>Counsel for Oasis Outsourcing, Inc. | H. Michael Dever<br>Friedman, Dever & Merlin, LLC<br>5555 Glenridge Connector, NE<br>Suite 925<br>Atlanta, Georgia 30342-4728<br><br>Counsel for Tom Catherall |

/s/ Christopher B. Hall
Christopher B. Hall